IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE: 2004 GMC Yukon Denali, et. al.

## UNITED STATES' FORTHWITH UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE

The United States, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, as authorized by 18 U.S.C. § 983(a)(3)(A)-(C) moves the Court forthwith to extend the time in which the United States is required to file a civil or criminal forfeiture action from January 5, 2011, to March 4, 2011.   The property subject to potential forfeiture consists of the following:

        a.    2004 GMC Yukon Denali VIN 1GKEK63U94J252626

        b.    2008 Honda Accord VIN JHMCP26708C017883

        c.    2001 Lexus IS300 VIN JTHBD182910026136

        d.    2002 Toyota Camry VIN JTDBE30K520049257

In support of this Motion the United States represents to the Court as follows:

1.    The subject property was seized pursuant to a criminal investigation into the illegal drug trafficking activities of Ramon Farias-Chavez.

2.    The Drug Enforcement Administration initiated administrative forfeiture proceedings against the seized property, and claims were filed on October 12, 2010 with the DEA by Ramon Farias-Chavez for the subject vehicles.

3. Under 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause, or upon agreement of the parties, the United States is required to file a civil complaint for forfeiture against the subject property or to obtain an indictment alleging that the property is subject to forfeiture, no later than January 5, 2011. If the United States fails to do so, it is required to release the property and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense.

4. Due to the ongoing investigation and negotiations, the United States and potential claimant Ramon Farias-Chavez, through counsel Ariel Z. Benjamin, Esq., have agreed to extend until March 4, 2011, the time within which the United States must file a forfeiture action pursuant to 18 U.S.C. § 983(a)(3)(A)-(C). Pursuant to D.C.COLO.LCivR 7.1, the undersigned has spoken with Ariel Z. Benjamin, Esq., who is in concurrence with the filing of this Motion.

WHEREFORE, the United States, with the agreement of potential claimant's counsel, respectfully moves this Court forthwith to extend the period within which the United States is required to file a forfeiture action against the subject property until March 4, 2011.

Dated this 28th day of December, 2010.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0353
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on December 28, 2010, I electronically filed the foregoing UNITED STATES' FORTHWITH MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE with the Clerk of court using the CM/ECF system, and I hereby certify that I have mailed the same via Certified Mail Return Receipt Requested to the following:

Ariel Z. Benjamin, Esq.                                            Cert. No.  7008 1830 0000 6624 1752
Springer and Steinberg, P.C.
1600 Broadway Suite 1200
Denver, CO 80202
*Attorney for Ramon Farias-Chavez*

                                                        By: s/ Raisa Vilensky
                                                             Office of the United States Attorney