IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE: 2004 GMC Yukon Denali, et. al.

**ORDER EXTENDING UNITED STATES' TIME TO
FILE COMPLAINT FOR FORFEITURE**

The United States, pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), has shown the Court that good cause exists, and upon agreement of the parties, to extend the time from January 5, 2011 to March 4, 2011 in which the United States is required to file a forfeiture action against the subject property.

THEREFORE, IT IS ORDERED, under 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file an action for forfeiture against the subject property is extended to March 4, 2011.

Dated:_____.

_____
U. S. DISTRICT JUDGE
DISTRICT OF COLORADO