IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.  10-mc-00094-MEH

IN RE:           2004 GMC YUKON DENALI, *et al.*

---

### ORDER EXTENDING UNITED STATES' TIME TO
### FILE COMPLAINT FOR FORFEITURE

---

The United States, pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), has shown the Court that good cause exists, and upon agreement of the parties, to extend the time from January 5, 2011, to **March 4, 2011**, in which the United States is required to file a forfeiture action against the subject property.

THEREFORE, IT IS ORDERED, under 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file an action for forfeiture against the subject property is extended to **March 4, 2011**.  The United States' Forthwith Unopposed Motion for First Extension of Time to File Complaint for Forfeiture [filed December 28, 2010; docket #1] is **GRANTED**.

Dated this 30th day of December, 2010, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge